FILED

02/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0575

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
No. DA 23-0575

---

RIKKI HELD, et al.,

*Plaintiffs / Appellees*

v.

STATE OF MONTANA, et al.,

*Defendants / Appellants*

---

**ORDER GRANTING LEAVE TO FILE A BRIEF
AS *AMICI CURIAE* IN SUPPORT OF APPELLEES**

---

Pursuant to the Unopposed Motion by Public Health Experts and Doctors for leave to file an Amicus Brief and good cause appearing,

IT IS HEREBY ORDERED that Public Health Experts and Doctors shall have up to and including March 21, 2024 to file their Amicus Brief

Dated February __, 2024,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 27 2024